## Rita Credle

**From:** Rita Credle
**Sent:** Friday, November 1, 2019 11:33 AM
**To:** Wozny, Michael J.
**Subject:** RE: 1:19-cv-02855-RER - Katz v. Tesla, Inc. - STATUS REQUEST
**Attachments:** STIPSEL 19-2855.pdf

**Sensitivity:** Private


Dear Mr. Wozny,

Thank you for the update.
I need counsel to complete and return the attached Stipulation for Selection of Arbitrator.

Thank you,

Rita Credle

---

**From:** Wozny, Michael J. <mwozny@lavin-law.com>
**Sent:** Friday, November 1, 2019 11:07 AM
**To:** Rita Credle <Rita_Credle@nyed.uscourts.gov>; Kellner, Leland I. <LKellner@Lavin-Law.com>; rsilverman@lemonlaw.com; JGreshes@lemonlaw.com; teamkimmel@creditlaw.com
**Cc:** 'Stephen D. Silverman' <ssilverman@lemonlaw.com>; Heston, Christine <CHeston@Lavin-Law.com>
**Subject:** RE: 1:19-cv-02855-RER - Katz v. Tesla, Inc. - STATUS REQUEST
**Sensitivity:** Private

Dear Ms. Credle:

My office represents Tesla, Inc. in the above referenced matter.

The parties have agreed to arbitrate this matter with Joseph J. Ortego on December 3, 2019 at Mr. Ortego's New York City office.  Please let me know if you have any further questions or need any additional information.

Respectfully,


Michael J. Wozny
Shareholder

Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
6th and Race Streets
Philadelphia, Pa. 19106
Direct phone: (215) 351-7576
Direct fax: (215) 351-3010

The information contained in this E-mail message is confidential and may contain privileged information and material.  Any review or use of the information contained in this E-mail message by persons other than the intended recipient(s) is prohibited.  If you are not the intended recipient, please notify Lavin, Cedrone, Graver, Boyd & DiSipio immediately by telephone at 215-351-7576 or E-mail mwozny@lavin-law.com, and destroy all copies of this message and any attachments.

---

**From:** Rita Credle [mailto:Rita_Credle@nyed.uscourts.gov]
**Sent:** Friday, November 01, 2019 10:27 AM
**To:** Kellner, Leland I.; rsilverman@lemonlaw.com; JGreshes@lemonlaw.com; teamkimmel@creditlaw.com; Wozny, Michael J.
**Subject:** 1:19-cv-02855-RER - Katz v. Tesla, Inc. - STATUS REQUEST
**Sensitivity:** Confidential

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel,

Please provide a status update regarding selecting an arbitrator and scheduling the arbitration hearing for the above captioned case

If the case has settled, please send a letter indicating that the matter has been settled.   If you need any assistance, please do not hesitate contacting: ADR Coordinator, Rita Credle,  Tele: (718) 613-2326  /  Email:  rita_credle@nyed.uscourts.gov.

*Rita Credle*
*ADR Coordinator*
*U.S. District Court-EDNY*
*225 Cadman Plaza East*
*Brooklyn, New York  11201*
*Tel. 718-613-2326*
*Rita_credle@nyed.uscourts.gov*