UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ANTON KATZ,
                              Plaintiff,

-against-                              Case Number: 19-cv-02855-RER

TESLA,
                              Defendant.

### STIPULATION FOR SELECTION OF ARBITRATOR

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1.    The following Arbitrator has been selected from the Court's Panel of Arbitrators

Name of Arbitrator:    Joseph J. Ortego, Esquire

Firm:    Nixon Peabody

Address:    50 Jericho Quadrangle, Suite 300, Jericho, NY 11753-2728

Telephone:    516-832-7500    Fax:    516-832-7555

Email:    JOrtego@nixonpeabody.com

2.    The above named Arbitrator's appointment is in compliance with the standards set forth in Section 455, Title 28 U.S. Code.

3.    The hearing will be held on   December 3, 2019

4.    The hearing will take place at   Nixon Peabody, 55 West 46th St., New York, NY 10036

Dated: 11/8/19

_____
Stephen D. Silverman, Esquire
**KIMMEL & SILVERMAN, P.C.**
*Attorney for Plaintiff, Anton Katz*

_____
Michael J. Wozny, Esquire
**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**
*Attorney for Defendant, Tesla, Inc.*
*(incorrectly captioned as "Tesla")*

2110528v1