# LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

ATTORNEYS AT LAW

420 LEXINGTON AVENUE

GRAYBAR BUILDING

SUITE 335

NEW YORK, NY 10170

(212) 319-6898

FAX: (212) 319-6932

WWW.LAVIN-LAW.COM

PHILADEPLHIA OFFICE
SUITE 500
190 NORTH INDEPENDENCE MALL WEST
6TH & RACE STREETS
PHILADELPHIA, PA 19106
(215) 627-0303

FAX: (215) 627-2551

WRITER'S DIRECT DIAL
215-351-7576

NEW JERSEY OFFICE
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
(856) 778-5544

FAX: (856) 778-7403

WRITER'S EMAIL ADDRESS
MWOZNY@LAVIN-LAW.COM

May 28, 2020

**Via Electronic Filing**

Honorable Ramon E. Reyes, Jr.
United States District Court for the
Eastern District of New York
225 Cadman Plaza, Room N208
Brooklyn, NY 11201

> RE: Anton Katz v. Tesla, Inc.
> U.S.D.C. for the E.D. of NY; Docket No. 19-cv-02855-RER
> File No. 10121-1908468

Dear Judge Reyes:

In compliance with Your Honor's May 21, 2020 Order in the above matter, the parties jointly submit this letter as a status update.

This matter settled on March 25, 2020. After negotiations regarding certain specific terms of the settlement agreement and release, the release was finalized and transmitted to counsel for Plaintiff on April 23, 2020.

It is understood that Plaintiff has no objections to the terms of the release as transmitted, but as a result of complications arising from the pandemic, Plaintiff has not yet been able to execute the settlement agreement.

As such, the parties respectfully request a 2 week extension until June 10, 2020 for Plaintiff to execute the release and for a stipulation of dismissal to be filed.

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

May 28, 2020
Page 2

      Thank you for your consideration regarding the above. Should Your Honor have any questions or concerns, the parties will make themselves available at the Court's convenience.

                      Respectfully,

                      *s/Michael J. Wozny*

                      Michael J. Wozny

MJW/ch
cc:    Jason Greshes, Esquire (via email)

2162248v1